No. 14-16084

# In the

# United States Court of Appeals
# for the Ninth Circuit

--------------------------------

**In re Apple iPhone/iPod Warranty Litigation**

**Charlene Gallion, *et al.*,**
*Plaintiffs-Appellees,*
v.
**Michael Casey,**
*Objector-Appellant,*
v.
**Apple Inc.**
*Defendant-Appellee*

On Appeal from the United States District Court
for the Northern District of California
Hon. Richard Seeborg
Case No. 10-cv-01610-RS

**STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL
AND NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
APPEAL AND FOR AWARD OF SANCTIONS**

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, all parties to this appeal hereby stipulate and agree to the immediate dismissal of this appeal filed by Objector-Appellant Michael Casey, with all parties to bear their own fees and costs on appeal.

Further, in consideration of Objector Michael Casey's agreement to voluntarily dismiss his appeal, Plaintiffs-Appellees hereby withdraw their Motion for Dismissal and for Award of Sanctions.

Dated: July 10, 2014          **MICHAEL CASEY**

                              /s/ *Michael Casey*_____
                              4957 Black Oak Drive
                              Madison, WI 53711

                              *Objector-Appellant – Pro Se*

Dated: July 10, 2014          **FAZIO | MICHELETTI LLP**

                              By: /s/ *Jeffrey L. Fazio*_____
                              Jeffrey L. Fazio
                              Dina E. Micheletti (184141)
                              2410 Camino Ramon, Suite 315
                              San Ramon, CA 94583
                              T: 925-543-2555
                              F: 925-369-0344

                              *Attorneys for Plaintiffs-Appellees*

**1**

CHIMICLES & TIKELLIS LLP

Dated: July 10, 2014       By: /s/ *Steven A. Schwartz* _____
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Ave
Haverford, PA 19041
T:  610-642-8500
F:  610-649-3633

*Attorneys for Plaintiffs-Appellees*


Dated: July 10, 2014       MORRISON & FOERSTER LLP

By: /s/ *Penelope A. Preovolos* _____

Penelope A. Preovolos
George C. Harris
425 Market Street
San Francisco, California 94105-2482
T: 415.268.7000
F: 415.268.7522

*Attorneys for Defendant-Appellee*
*Apple Inc.*

## ATTESTATION PURSUANT TO CIRCUIT RULE 25-2(f)

In accordance with Ninth Circuit Rule 25-5(f), I hereby attest that all other parties on whose behalf this document is submitted concur in its content.

Dated: July 10, 2014            FAZIO | MICHELETTI LLP

By: /s/ *Jeffrey L. Fazio*
Jeffrey L. Fazio
Dina E. Micheletti (184141)
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system; Objector-Appellant Michael Casey will be served by email (at michael@mickeycasey.com) in accordance with Mr. Casey's agreement to be served in that manner.

Dated: July 10, 2014

FAZIO | MICHELETTI LLP

By: /s/ *Jeffrey L. Fazio* _____
Jeffrey L. Fazio
Dina E. Micheletti (184141)
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

*Attorneys for Plaintiffs-Appellees*

4